Entered: October 20, 2017
Signed:  October 20, 2017

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   14–28711 – NVA    Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Parvis Naffis
*debtor has no known aliases*
13621 Barton Road
Phoenix, Md 21131

Vicky Naffis
*debtor has no known aliases*
13621 Barton Road
Phoenix, Md 21131

Social Security No.:   xxx–xx–2158         xxx–xx–0276

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 12/9/14.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Brian A. Goldman is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *cmbrown1*