United States Bankruptcy Court
District of Maryland

In re:                                                           Case No. 14-28711-NVA
Parvis Naffis                                                    Chapter 7
Vicky Naffis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: cmbrown1            Page 1 of 1            Date Rcvd: Nov 02, 2017
                            Form ID: pdfall           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
db/db          +Parvis Naffis,   Vicky Naffis,   13621 Barton Road,   Phoenix, Md 21131-1517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Nov 02 2017 19:42:58
                 Office of The United States Trustee,   101 West Lombard Street,   Suite 2625,
                 Baltimore, MD 21201-2668
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
              Anastasia L. McCusker    alm@shapirosher.com,    ejd@shapirosher.com,jlj@shapirosher.com
              Brian A. Goldman    bgoldman@goldmangoldman.com,    hge@goldmangoldman.com,md01@ecfcbis.com
              Joel W. Ruderman    Ruderman.joel@pbgc.gov,    Gerry.Zinser@usdoj.gov
              Kim D. Parker    kp@kimparkerlaw.com,    dcn@kimparkerlaw.com,ecf_notices@kimparkerlaw.com,
               lawclerk@kimparkerlaw.com
              Richard Barry Benenson    rbenenson@bhfs.com,    acavallaro@bhfs.com
              Richard Marc Goldberg    rmg@shapirosher.com,    ejd@shapirosher.com,msw@shapirosher.com,
               jlj@shapirosher.com
              Sarah A Marquardt    sarah.marquardt@usdoj.gov,    nicholas.paradis@usdoj.gov,
               angelica.james@usdoj.gov
                                                                                             TOTAL: 7

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:    Case No.: **14–28711 – NVA**    Chapter: **7**

**Parvis Naffis and**
**Vicky Naffis**
Debtor

**ORDER VACATING**
**FINAL DECREE IMPROVIDENTLY ENTERED**

It appearing that a Final Decree was improvidently entered on October 20, 2017, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Final Decree hereby is vacated, and the case is reopened to complete its administration.

cc:   Debtor
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Brian A. Goldman
      U.S. Trustee

**End of Order**

40x02 (rev. 05/22/1990) – cmbrown1